# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00167-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JACKIE BABY HARRELL, | **ECF No. 22** |
| Defendant. | |

      Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, January 24, 2023 at 3:00 p.m., be vacated and continued to February 27, 2023 at 2:00 p.m.

      DATED this 20th day of January, 2023.

_____

UNITED STATES DISTRICT JUDGE