UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JACKIE BABY HARRELL,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00167-JAD-DJA<br><br>**ORDER**<br><br><br>ECF No. 26 |

　　　Based on the parties' stipulation IT IS ORDERED that the revocation hearing currently scheduled for Monday, February 27, 2023 at 2:00 p.m., be vacated and continued to April 4, 2023, at 11:00 a.m.

　　　DATED this 26th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE