UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JACKIE BABY HARRELL,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00167-JAD-DJA<br><br>**ORDER**<br><br><br>ECF No. 28 |

　　　Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, April 4, 2023 at 11:00 a.m., be vacated and continued to April 25, 2023, at 11:00 a.m.

　　　DATED this 22nd day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE