UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACKIE BABY HARRELL,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00167-JAD-DJA<br><br>**ORDER**<br><br><br>ECF No. 41 |

    Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, March 12, 2024 at 11:00 a.m., be vacated and continued to April 22, 2024, at 10:30 a.m.

    DATED this 10th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE