**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00167-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JACKIE BABY HARRELL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, April 22, 2024 at 10:30 a.m., be vacated and continued to July 22, 2024 at the hour of 10:30 a.m.; or to a time and date convenient to the court.

DATED this 17th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

3